NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BOSTON SCIENTIFIC NEUROMODULATION CORP.,**
*Appellant*

**v.**

**NEVRO CORP.,**
*Appellee*

---

2021-1775

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-01284.

---

**JUDGMENT**

---

Z.W. JULIUS CHEN, Akin Gump Strauss Hauer & Feld LLP, Washington, DC, argued for appellant. Also represented by PRATIK A. SHAH; MICHAEL P. KAHN, New York, NY; DAVID A. CAINE, Arnold & Porter Kaye Scholer LLP, Palo Alto, CA; MATTHEW WOLF, Washington, DC.

RYAN C. MORRIS, Sidley Austin LLP, Washington, DC, argued for appellee. Also represented by THOMAS ANTHONY BROUGHAN, III; CHING-LEE FUKUDA, SHARON LEE, New

York, NY; JON WRIGHT, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, CHEN and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 10, 2022                /s/ Peter R. Marksteiner
Date                         Peter R. Marksteiner
                             Clerk of Court